IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Insurance Pipeline Incorporated,<br>Andrew Shader,<br><br>　　　　　　　Defendants. | No. CV 24-0597 PHX CDB<br><br>**ORDER** |

　　　　Plaintiff is pro se in this matter. Defendants have filed a motion (ECF No. 13), asking the Court to dismiss all of Plaintiff's claims. Plaintiff is advised of the following specific provisions of Rule 7.2, United States District Court for the District of Arizona Local Rules of Civil Procedure. Subparagraph (i) of Rule 7.2 provides that if an unrepresented party does not serve and file a response to a motion to dismiss, the failure to do so "*may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.*" (emphasis added). Subparagraph (e) of Rule 7.2 provides that a response to a motion to dismiss may not be more than 17 pages in length, exclusive of any attachments.

　　　　It is Plaintiff's obligation to timely respond to all motions. The failure of Plaintiff to timely respond to the motion to dismiss at ECF No. 13 may, in the discretion of the Court, be deemed a consent to the granting of that motion without further notice, and judgment may be entered dismissing Plaintiff's claims against Defendants pursuant to Local Rule 7.2. *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (per curiam).

**IT IS THEREFORE ORDERED that** Plaintiff shall have **thirty (30) days** from the date this order is docketed to file a response to the motion to dismiss at ECF No. 13.

**IT IS FURTHER ORDERED that** Defendants shall file any reply within fifteen (15) days from the date Plaintiff's response to the motion is filed.

**IT IS FURTHER ORDERED that** the motion to dismiss shall be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

Dated this 12th day of June, 2024.

_____
Camille D. Bibles
United States Magistrate Judge