Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, <br><br>            Plaintiff, <br>vs. <br>Insurance Pipeline, Inc, *et al*. <br>            Defendants. | Case No.: 2:24-cv-00597-CDB <br><br>[PROPOSED] ORDER |

Before the Court is Plaintiff's Motion To Strike Defendants' Motion To Dismiss Plaintiff's Complaint And Incorporated Memorandum Of Law, Motion To Show Cause Why Defendant's Did Not Confer Prior To Filing a Motion to Dismiss under 12(b)(6), and Motion To Compel Defendants' participation in a 26(F) Conference.

Having shown good cause, it is **ORDERED**:

- Defendants' Motion To Dismiss Plaintiff's Complaint And Incorporated Memorandum Of Law does not comply with LRCiv 12.1 and should be struck.
- Daniel Nageotte, Jamey Campellone, and Stephen Fonesca shall appear and show cause why they should not be held in contempt for failing to conform their Defendants' Motion To Dismiss Plaintiff's Complaint And Incorporated Memorandum Of Law to LRCiv 12.1 by failing to confer with Plaintiff under the rule and certifying the conference accordingly in their motion within 15 days of this order.
- Daniel Nageotte, Jamey Campellone, and Stephen Fonesca are sanctioned in the amount of _____ payable to the Arizona charity of their choice for that failure and for forcing the plaintiff to expend time and effort unnecessarily in response to their improper motion.

REPLY- 1

- Defendants shall participate in a 26(f) Conference with Plaintiff within 15 days of this order.

RESPECTFULLY SUBMITTED on this June 14, 2024.

                                              */s/Jason Crews*
                                              Jason Crews

REPLY- 2

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By: _____/s/*Jason Crews*_____
      Jason Crews

REPLY- 3