# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV 24-0597 PHX CDB |
| Plaintiff, | **ORDER** |
| v. | |
| Insurance Pipeline Incorporated, Andrew Shader, | |
| Defendants. | |

**IT IS ORDERED that** Plaintiff's motion at ECF No. 17, asking the Court to strike Defendants' motion to dismiss at ECF No. 13, is **denied**.

Dated this 17th day of June, 2024.

Camille D. Bibles
United States Magistrate Judge