SHARON A. URIAS (SBN 016970)
DANIEL F. NAGEOTTE (SBN 035562)
**GREENSPOON MARDER LLP**
8585 E. Hartford Drive, Ste. 700
Scottsdale, AZ  85255
Tel.  480.306.5458
Email:  sharon.urias@gmlaw.com
Email:  daniel.nageotte@gmlaw.com
Firm Email:  azdocket@gmlaw.com

JAMEY R. CAMPELLONE (Fla. Bar. 119861, *Admitted Pro Hac Vice*)
STEVEN J. FONSECA (Fla. Bar 1051058, *Pro Hac Vice Anticipated*)
**GREENSPOON MARDER LLP**
1800 E. Broward Blvd., Ste. 1800
Ft. Lauderdale, FL 33301
Tel.  (954) 527-6296
Email: jamey.campellone@gmlaw.com
Email: steven.fonseca@gmlaw.com
Email: gabby.mangar@gmlaw.com

*Attorneys for Defendants Insurance Pipeline, Inc.
and Andrew Shader*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>                   Plaintiff,<br><br>vs.<br><br>Insurance Pipeline, Inc. and Andrew Shader,<br><br>                   Defendants. | Case No. 2:24-CV-00597-CDB<br><br>**NOTICE OF COMPLIANCE REGARDING LOCAL RULE 12.1(c)** |

Defendants, Insurance Pipeline, Inc. ("Insurance Pipeline") and Andrew Shader ("Shader") (collectively, "Defendants"), by and through the undersigned attorneys, hereby bring notice to this Court that Defendants have satisfied their obligation under Local Rule 12.1(c) by notifying Plaintiff Jason Crews ("Plaintiff") of the issues asserted in their Motion

to Dismiss [D.E. 13] and attempting to meet and confer in good faith regarding same, and that the Parties are unable to agree that Plaintiff's pleading is curable in any part by a permissible amendment offered by the pleading party, as Plaintiff has declined to meet and confer with Defendants or otherwise productively respond to Defendants' meet and confer attempts. *See* **Exhibit "A."**[1] Plaintiff has now had the opportunity to read Defendants' Motion to Dismiss and respond substantively to Defendants' concerns contained in their Motion to Dismiss; thus, having declined to participate in the meet and confer process, in conjunction with the filing of the instant Notice and the below Local Rule 12.1(c) certification, any prejudice that could have resulted by not having included the below Certification with Defendants' initial filing of their Motion to Dismiss is thereby cured. *Nees v. City of Phoenix*, No. CV-21-01134-PHX-GMS, 2022 WL 110188, at *2 (D. Ariz. Jan. 12, 2022) (holding that defendants satisfied the requirements of Local Rule 12.1(c) by attempting to confer with plaintiff subsequent to filing motion to dismiss and by including proper certification after plaintiff failed to respond substantively to that attempt).

## MEET AND CONFER CERTIFICATION
## PURSUANT TO LOCAL RULE 12.1(c)

Pursuant to Local Rule 12.1(c), undersigned counsel certifies that counsel for Defendants Insurance Pipeline, Inc. and Andrew Shader attempted on June 14, 2024, to

---

[1] Exhibit A is a true and correct copy of Defendants' counsel's meet and confer efforts with *pro se* Plaintiff commencing on June 14, 2024. While Defendants' counsel offered to meet and confer with *pro se* Plaintiff on June 17, 2024, at 3:00 p.m. EST, Plaintiff did not respond (when prompted) until June 20, 2024, informing Defendants' counsel's that he "will be moving forward with the appropriate response [to Defendants' Motion to Dismiss] in due time."

arrange to meet and confer with *pro se* Plaintiff Jason Crews regarding the issues raised in Defendants' Motion to Dismiss [D.E. 13].  Plaintiff declined to participate in the requested meet and confer telephone conference (*see* **Exhibit "A"**).Therefore the Parties are unable to agree that Plaintiff's Complaint is curable in any part by a permissible amendment offered by the pleading party.

Dated: June 21, 2024.

        **GREENSPOON MARDER LLP**

        By:   */s/ Daniel Nageotte*
        Daniel Nageotte
        8585 E. Hartford Drive, Suite 700
        Scottsdale, AZ 85255

        By:   */s/ Jamey R. Campellone*
        Jamey R. Campellone (*Admitted Pro Hac Vice*)
        Steven J. Fonseca (*Pro Hac Vice Anticipated*)
        1800 E. Broward Blvd., Ste. 1800
        Ft. Lauderdale, FL 33301

        *Attorneys for Defendants Insurance Pipeline, Inc. and Andrew Shader*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 21, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

                                          */s/ Marlee Grayson*