# EXHIBIT A

**Gabby Mangar**

| | |
|---|---|
| **From:** | Jason Crews (the1gofer) <jason.crews@gmail.com> |
| **Sent:** | Thursday, June 20, 2024 1:51 PM |
| **To:** | Jamey Campellone |
| **Cc:** | Steven Fonseca; Daniel Nageotte; Gabby Mangar |
| **Subject:** | RE: Crews v. Insurance Pipeline and Andrew Shader; Request to Meet and Confer on Defendants' Motion to Dismiss |

**[External Sender]**

Please also bring judicial notice to the fact that the "good faith" status of your request is questionable. This communication could be more accurately described as a demand for a conference after my motion to strike correctly pointing out you did not follow the local rules. Your prior is an effort to conform to those rules after the fact.

Your request was made after filing, late in the business day on a Friday with the demand to confer the following Monday at noon. This was not a demonstration of good faith and it was not reasonable.

The court has made his position clear that my motion strike has been denied and I will be moving forward with the appropriate response in due time .

Jason Crews

On Thu, Jun 20 2024 at 7:36 AM, Jamey Campellone <Jamey.Campellone@gmlaw.com> wrote:

Mr. Crews,

Good morning. Having not heard back from you in almost a week as to our request to meet and confer on Monday (6/17) at 3:00 p.m. EST, we assume you are forgoing this opportunity and rejecting our request to meet and confer. Because of your elected silence, we also assume you are not able to cure your deficient pleading (as outlined in our Motion to Dismiss) by amendment. We likely will inform the Court of our good faith meet and confer efforts by way of filing a Notice attaching this email chain.

Thank you,

Jamey

1

# GreenspoonMarder LLP

**Jamey R. Campellone, Esq.**

Greenspoon Marder LLP

200 East Broward Boulevard, Suite 1800

Fort Lauderdale, Florida 33301

Phone: 954-491-1120 | Ext. 2304

Direct: 954-527-6296 | Direct Fax: 954-333-4296

jamey.campellone@gmlaw.com

www.gmlaw.com

[facebook.com]  [linkedin.com]  [twitter.com]

---

**From:** Jamey Campellone
**Sent:** Friday, June 14, 2024 5:58 PM
**To:** jason.crews@gmail.com
**Cc:** Steven Fonseca <Steven.Fonseca@gmlaw.com>; Daniel Nageotte <Daniel.Nageotte@gmlaw.com>; Gabby Mangar <Gabby.Mangar@gmlaw.com>
**Subject:** Crews v. Insurance Pipeline and Andrew Shader; Request to Meet and Confer on Defendants' Motion to Dismiss

Mr. Crews,

We represent Insurance Pipeline, Inc. and Andrew Shader in this lawsuit. This is a request to meet and confer with you promptly on Monday (6/17) at 3:00 p.m. EST on Defendants' Motion to Dismiss Plaintiff's Complaint. Please confirm your availability and please let us know the best number to reach you. We hope to alleviate the concerns raised in your Motion to Strike [D.E. 16] by attempting to meet and confer in good faith. After reading our Motion to Dismiss [D.E. 14] please let me know if you believe your deficient pleading can be cured by amendment.

On a related note, rest assured that both me and my colleague Steven anticipate filing our applications to appear *pro hac vice* in this case early next week.

Have a good weekend.

Thank you,

Jamey

GreenspoonMarder LLP

**Jamey R. Campellone, Esq.**

Greenspoon Marder LLP

200 East Broward Boulevard, Suite 1800

Fort Lauderdale, Florida 33301

Phone: 954-491-1120 | Ext. 2304

Direct: 954-527-6296 | Direct Fax: 954-333-4296

jamey.campellone@gmlaw.com

www.gmlaw.com

[facebook.com]    [linkedin.com]    [twitter.com]

GREENSPOON MARDER LLP LEGAL NOTICE
The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this

communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.