IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Insurance Pipeline Inc, and Andrew Shader,<br><br>　　　　　　Defendants. | Case No. 2:24-CV-00597-CDB<br><br>**PROPOSED ORDER ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [D.E. 20] AND INCORPORATED MEMORANDUM OF LAW** |

The Court, having reviewed Defendants Insurance Pipeline, Inc. and Andrew Shader's Motion for Dismissal of Plaintiff Jason Crews's First Amended Complaint, and good cause appearing, it is HEREBY ORDERED that this case shall be dismissed with prejudice.

1