Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Insurance Pipeline Inc,<br><br>And<br><br>Andrew Shader<br><br>　　　　　　　Defendants. | Case No.: 2:24-cv-00597-SMM<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

On July 10, 2024, Defendants filed their Motion to Dismiss Plaintiff First Amended Complaint (Doc. 24). Pursuant to LRCiv 7.2(c), Plaintiff would be required to file his responsive pleading within 14 days.

Beginning July 13, 2024, Plaintiff will be traveling out of state and have limited access to the time and resources necessary to respond to Defendant's motion properly. As

MOTION- 1

1 such, the Parties have conferred, and Defendants stated they have no objection to allowing additional time to file his responsive memorandum no later than August 12, 2024.

As such, Plaintiff respectfully requests the Court grant leave to file his Motion no later than August 12, 2024, in excess of the standard 14-day requirement.

RESPECTFULLY SUBMITTED on this July 11, 2024.

*/s/Jason Crews*
Jason Crews

MOTION- 2