Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-183 - 75
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-00597-SMM |
| Plaintiff, | |
| vs. | [PROPOSED] Order |
| Insurance Pipeline Inc, *et al.* | |
| Defendants. | |

The Court, having considered Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff shall have until August 12, 2024, in which to file their response to Defendants Motion to Dismiss Plaintiff's First Amended Complaint.

**IT IS SO ORDERED**.

Dated: _____                              _____

                                                                                    Hon. Stephen M McNamee
                                                                                    United States District Judge