# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-00597-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Insurance Pipeline Incorporated, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. (Doc. 27). Plaintiff requests an extension of time until August 12, 2024 to respond to Defendant's Motion to Dismiss due to travel conflicts.  For good cause shown,

**IT IS ORDERED granting** the Motion. (Doc. 27).

**IT IS FURTHER ORDERED allowing** Plaintiff up to and including August 12, 2024 to respond to Defendant' Motion.

Dated this 15th day of July, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge