Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-00597-SMM |
| Plaintiff, | |
| vs. | PLAINTIFF'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |
| Insurance Pipeline Inc, | |
| And | |
| Andrew Shader | |
| Defendants. | |
| | DEMAND FOR JURY TRIAL |

On July 10, 2024, Defendants filed their Motion to Dismiss Plaintiff First Amended Complaint (Doc. 24). Pursuant to LRCiv 7.2(c), Plaintiff would be required to file his responsive pleading within 14 days, and this Court subsequently granted an extension to August 12, 2024.

MOTION- 1

The parties are currently in the process of negotiating resolution to this matter. As such, the Parties have conferred, and Defendants stated they have no objection to allowing additional time to file his responsive memorandum should a resolution not be reached.

As such, Plaintiff respectfully requests the Court grant leave to file his Motion no later than September 12, 2024.

RESPECTFULLY SUBMITTED on this August 10, 2024.

*/s/Jason Crews*
Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By:  /s/*Jason Crews*
Jason Crews

MOTION- 2