Jason Crews
1515 N Gilbert Rd, 107-204
Gilbert, AZ 85234
602-295-183 - 75
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-00597-SMM |
| Plaintiff, | |
| vs. | [PROPOSED] Order |
| Insurance Pipeline Inc, *et al.* | |
| Defendants. | |

The Court, having considered Plaintiff's Second Unopposed Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff shall have until September 12, 2024, in which to file their response to Defendants Motion to Dismiss Plaintiff's First Amended Complaint.

**IT IS SO ORDERED**.

Dated: _____                          _____

                                                                            Hon. Stephen M McNamee
                                                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28