# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Insurance Pipeline Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-24-00597-PHX-SMM<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Second Unopposed Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. (Doc. 29). Plaintiff requests a second extension of Plaintiff's deadline to respond to Defendants' Motion to Dismiss. (Doc. 24), because the parties are presently negotiating a potential resolution to this matter. For good cause shown,

**IT IS ORDERED granting** the Motion (Doc. 29).

**IT IS FURTHER ORDERED allowing** Plaintiff up to and including September 12, 2024 to respond to Defendants' Motion to Dismiss. (Doc. 24).

Dated this 12th day of August, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge