IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-00597-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Insurance Pipeline Incorporated, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice (Doc. 31), filed by Plaintiff on August 21, 2024. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice.

Accordingly,

**IT IS ORDERED directing** the Clerk of Court to terminate this action in its entirety.

Dated this 23rd day of August, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge